## Lott v. Adams.

---

## LOTT v. ADAMS.

The District Court has jurisdiction of a suit on two promissory notes amounting in the aggregate to $100, exclusive of interest.

Appeal from Harrison.

*Ardrey*, for appellant.

*J. P. Henderson*, for appellee.

LIPSCOMB, J.  This suit was brought in this case on two notes of hand, each of them under $100, but in the aggregate making a sum considerably over that amount.  According to the decision of this court in the case of Mays v. Lewis, decided at the present term, the suit was well brought, and the jurisdiction of the District Court is sustained.
                                                  '     Judgment affirmed.